```
 1   Glenn Zuckerman
 2   WEITZ & LUXENBERG, PC
     700 Broadway
 3   New York, New York 10003
     Telephone: 212-558-5000
 4   Facsimile: 212-344-5461
     Attorneys for Plaintiffs
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        NORTHERN DISTRICT OF CALIFORNIA
10
11
12   This Document Relates to:              )
                                             )
13   Grant Kiser v. Pfizer Inc, et al.       )   MDL NO. 1699
     (06-6118 CRB)                           )   District Judge: Charles R. Breyer
14                                           )
     Connie Friedman-May, et al. v. Pfizer Inc, et )
15   al.                                     )
     (06-6119 CRB)                           )
16                                           )   STIPULATION AND ORDER OF
     Noralynn Roman, et al. v. Pfizer Inc, et al. )   DISMISSAL WITH PREJUDICE
17   (06-6120 CRB)                           )
                                             )
18   Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al. )
     (06-6121 CRB)                           )
19                                           )
     Robert McCarrell v. Pfizer Inc, et al.  )
20   (06-6124 CRB)                           )
                                             )
21   Doris Hocker v. Pfizer Inc, et al.      )
     (06-6129 CRB)                           )
22                                           )
     Patricia Rogers v. Pfizer Inc, et al.   )
23   (06-6130 CRB)                           )
                                             )
24   Robert Bates, et al. v. Pfizer Inc, et al. )
     (06-6131 CRB)                           )
25                                           )
     Patrick Lynch v. Pfizer Inc, et al.     )
26   (06-6132 CRB)                           )
                                             )
27   Christine Sullivan, et al. v. Pfizer Inc, et al. )
     (06-6157 CRB)                           )
28                                           )
```

-1-

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* (06-6158 CRB) )))|
| 2 | |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* (06-6161 CRB) )))|
| 4 | *Delores Poyner v. Pfizer Inc, et al.* (06-6165 CRB) )))|
| 5 | |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* (06-6166 CRB) )))|
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* (06-6168 CRB) )))|
| 8 | |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* (06-6169 CRB) )))|
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* (06-6171 CRB) )))|
| 11 | |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* (06-6173 CRB) )))|
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* (06-6180 CRB) )))|
| 14 | |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* (06-6186 CRB) )))|
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* (06-6190 CRB) )))|
| 17 | |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* (06-6091 CRB) )))|
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* (06-6194 CRB) )))|
| 20 | |
| 21 | *Terry Smith v. Pfizer Inc, et al.* (06-6195 CRB) )))|
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* (06-6196 CRB) )))|
| 23 | |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* (06-6197 CRB) )))|
| 25 | *Patricia Parson v. Pfizer Inc, et al.* (06-6198 CRB) )))|
| 26 | |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* (06-6199 CRB) )))|
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* )|

-2-

| | |
|---|---|
| 1 | (06-6200 CRB) ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.* ) <br> (06-6201 CRB) ) |
| 3 | ) |
| 4 | *Paul Madison v. Pfizer Inc, et al.* ) <br> (06-6202 CRB) ) |
| 5 | *Nancy Smith, et al. v. Pfizer Inc, et al.* ) <br> (06-6203 CRB) ) |
| 6 | ) |
| 7 | *Walter Johnston v. Pfizer Inc, et al.* ) <br> (06-6204 CRB) ) |
| 8 | *Murry McEwen v. Pfizer Inc, et al.* ) <br> (06-6205 CRB) ) |
| 9 | ) |
| 10 | *Charles Grififn, et al. v. Pfizer, Inc, et al.* ) <br> (06-6206 CRB) ) |
| 11 | *Debbie Dethrage v. Pfizer Inc, et al.* ) <br> (06-6207 CRB) ) |
| 12 | ) |
| 13 | *Thomas Saunders, et al. v. Pfizer Inc, et al.* ) <br> (06-6208 CRB) ) |
| 14 | *Rex McDonald v. Pfizer Inc, et al.* ) <br> (06-6210 CRB) ) |
| 15 | ) |
| 16 | *Winetta P. Gillet, et al. v. Pfizer Inc, et al.* ) <br> (06-6211 CRB) ) |
| 17 | *Marjory Goodwin v. Pfizer Inc, et al.* ) <br> (06-6212 CRB) ) |
| 18 | ) |
| 19 | *Joy Glenn, et al. v. Pfizer Inc, et al.* ) <br> (06-6213 CRB) ) |
| 20 | *Connie Henderson, et al. v. Pfizer Inc, et al.* ) <br> (06-6283 CRB) ) |
| 21 | ) |
| 22 | *Aubrey Richardson, et al. v. Pfizer Inc, et al.* ) <br> (06-7201 CRB) ) |
| 23 | *Glenn Snyder, et al. v. Pfizer Inc, et al.* ) <br> (06-7202 CRB) ) |
| 24 | ) |
| 25 | *Jacques Tetrault, et al. v. Pfizer Inc, et al.* ) <br> (06-7203 CRB) ) |
| 26 | *Patricia Stevens v. Pfizer Inc, et al.* ) <br> (06-7204 CRB) ) |
| 27 | ) |
| 28 | *Robert Jennings, et al. v. Pfizer Inc, et al.* ) <br> (06-7205 CRB) ) |

1
2
*Alice Richardson, et al. v. Pfizer Inc, et al.*
(06-7206 CRB)

3
*Steve Pardikes v. Pfizer Inc, et al.*
(06-7306 CRB)

4
5
*Rosalyn Chute v. Pfizer Inc, et al.*
(06-7381 CRB)

6
*Carolyn Carter v. Pfizer Inc, et al.*
(06-7570 CRB)

7
8
*Margoth Gonzalez v. Pfizer Inc, et al.*
(06-7571 CRB)

9
*Albert Blossom, et al. v. Pfizer Inc, et al.*
(06-7676 CRB)

10
11
*Viola Porter v. Pfizer Inc, et al.*
(06-7882 CRB)

12
*Tami McKibben, et al. v. Pfizer Inc, et al.*
(06-7883 CRB)

13
14
*Joyce Matson, et al. v. Pfizer Inc, et al.*
(06-7958 CRB)

15
*Michael Gatz, v. Pfizer Inc, et al.*
(06-7959 CRB)

16
17
*Shamela Carr v. Pfizer Inc, et al.*
(07-0022 CRB)

18
*John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
(07-0023 CRB)

19
20
*Debi Sweet v. Pfizer Inc, et al.*
(07-0231 CRB)

21
*Clarence Bridges v. Pfizer Inc, et al.*
(07-0413 CRB)

22
23
*Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
(07-0611 CRB)

24
*Jeffrey Howard, et al. v. Pfizer Inc, et al.*
(07-0816 CRB)

25
26
*Brenda Brunson, et al. v. Pfizer Inc, et al.*
(07-1280 CRB)

27
*Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
(07-1353 CRB)

28

-4-

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) )))|
| 2 | |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) ))) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) ))) |
| 5 | |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) ))) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) ))) |
| 8 | |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) ))) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) ))) |
| 11 | |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) ))) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) ))) |
| 14 | |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) ))) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009        _____
Hon. Charles R. Breyer
United States District Court

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE